IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | Case No. BK 25-80928 |
| | ) | |
| LANCE S ROSS, | ) | |
| | ) | |
| | ) | |
| Debtor(s). | ) | Chapter 12 |

**WITHDRAWAL OF OBJECTION TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY/MOTION TO DISMISS BY CORNERSTONE BANK**

COME(S) NOW the Debtor(s), by and through his attorney, John A. Lentz, and hereby withdraws the previously filed objection to the Motion for Relief from the Automatic Stay filed by Cornerstone Bank ("Cornerstone") on September 22, 2025, as Docket #15. Debtor admits that he is not eligible to be a Debtor in this case due to debt limitations under the Code, as now realized after a full accounting of debt. Thus, Debtor admits that this case shall be dismissed by this Court.

WHEREFORE Debtor(s) pray that Creditor's Motion for Relief from the Automatic Stay/Dismissal be granted and this case be dismissed.

By:    /s/ John A. Lentz
John A. Lentz, #24420
Lentz Law, PC, LLO
650 J Street, Suite 215B
Lincoln, NE 68508
(402) 421-9676
john@johnlentz.com
Attorney for Debtor(s)

**CERTIFICATE OF SERVICE**

The undersigned relies on the ECF system to provide notice of the foregoing to the Office of the Unite States Trustee, Chapter 12 Trustee and counsel for Creditor.

   /s/ John A. Lentz
John A. Lentz