odsmbnc (04/11)

## UNITED STATES BANKRUPTCY COURT
### District of Nebraska

In Re:

    Lance S. Ross

    Debtor(s)

Bankruptcy Proceeding No.  25–80928–TLS
Chapter  12

Judge:  Thomas L. Saladino

### Order Dismissing Case

    Order Dismissing Case (RE: related document(s)[5] Motion for Relief From Stay or in the Alternative to Dismiss filed by Creditor Cornerstone Bank). Hearing held October 1, 2025. John Lentz appeared for Debtor. Richard Garden appeared for Creditor Cornerstone Bank. Evidence admitted: Filings #16, 17, 18 and 19. The case is dismissed for failure to meet debt limitations under the Bankruptcy Code.

    Dated:  October 1, 2025

BY THE COURT:

/s/ Thomas L. Saladino
    Chief Judge

Copies served by the court on all parties in interest.